**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

_____

**JOE SANFELIPPO CABS INC., et al.,**
                      **Plaintiffs,**

**v.**                                                     **Case No. 14-cv-1036**

**CITY OF MILWAUKEE,**
                        **Defendant.**
_____

## ORDER

Plaintiffs, filed the original complaint in this action alleging that a City taxicab ordinance is unconstitutional. Several taxicab drivers, who had previously litigated City taxicab ordinances in state court, filed a motion to intervene. After I denied plaintiffs' request for a preliminary injunction, plaintiffs filed an amended complaint, and the prospective intervenors filed an amended motion to intervene, which the parties then proceeded to brief. I have noticed that the initial motion to intervene is still pending.

Based on the subsequent filing of the amended complaint and amended motion to intervene, **IT IS ORDERED** that prospective intervenors' original motion to intervene (ECF No. 10) is **DENIED** as **MOOT**. I will address the renewed motion to intervene in a separate order.

Dated at Milwaukee, Wisconsin, this 11th day of March, 2015.

                                                                s/ Lynn Adelman
                                                                _____
                                                                LYNN ADELMAN
                                                               District Judge